UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZEE APPAREL, INC.,

        Plaintiff,

  v.

REALREAL, INC.,

        Defendant.

Case No. 16-cv-00755-HSG

**SCHEDULING ORDER**

Having reviewed the parties' proposed case schedules, the Court **SETS** the following case deadlines under Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Schedule |
| --- | --- |
| Fact Discovery Cutoff | October 10, 2016 |
| Exchange Initial Expert Reports | October 24, 2016 |
| Exchange Rebuttal Expert Reports | November 7, 2016 |
| Expert Discovery Cutoff | November 21, 2016 |
| Dispositive Motions Hearing Deadline | January 12, 2017, at 2:00pm |
| Pretrial Conference | April 4, 2017 at 3:00pm |
| Jury Trial | May 1, 2017 at 8:30am |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 5/24/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge