Hal M. Lucas *(Admitted pro hac vice)*
hlucas@lucassavitz.com
LUCAS SAVITZ P.L.
169 East Flagler Street, Suite 1534
Miami, Florida 33131
Telephone: (305) 767-1450; Facsimile: (305) 767-1453
-and-
Michael A. Trauben, SBN 277557
mtrauben@singhtraubenlaw.com
SINGH, SINGH & TRAUBEN, LLP
400 S. Beverly Drive, Suite 240
Beverly Hills, California 90212
Telephone: (310) 856-9705; Facsimile: (888) 734-3555
Attorneys for ZEE APPAREL INC. d/b/a SHOP UNDER

Michael J. Bettinger, SBN 122196
mbettinger@sidley.com
Holly Hogan, SBN 238714
hhogan@sidley.com
Ezekiel L. Rauscher, SBN 269141
erauscher@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: +1 415 772-1200; Facsimile: +1 415 772-7400
Attorneys for THE REALREAL, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ZEE APPAREL INC. d/b/a SHOP UNDER, a corporation incorporated under the laws of the Province of Quebec, Canada<br><br>    Plaintiff/Counterdefendant<br>v.<br><br>THE REALREAL, INC.,<br>a Delaware corporation,<br><br>    Defendant/Counterclaimant | Case No. 3:16-cv-00755-HSG<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF FACT DISCOVERY DEADLINE** |

1

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff/Counterdefendant Zee Apparel Inc. d/b/a Shop Under ("Zee Apparel") and Defendant/Counterclaimant The RealReal, Inc. ("The RealReal"), by and through their counsel, file this Stipulation and [Proposed] Order Regarding Extension of Fact Discovery Deadline.

WHEREAS, on May 24, 2016, the Court issued its Scheduling Order setting the current schedule;

WHEREAS, the parties require additional time to conduct fact depositions following motion practice related to the Federal Rule of Civil Procedure 30(b)(6) deposition of Zee Apparel (*see* ECF No. 38);

WHEREAS, Zee Apparel is available for deposition on October 19, 2016 in Montreal, Canada;

WHEREAS, The RealReal agreed to make its Federal Rule of Civil Procedure 30(b)(6) and 30(b)(1) witnesses available in a one-week period in order to minimize the travel for Zee Apparel's counsel, and The RealReal's witnesses are available the week of October 31, 2016; and

WHEREAS, the parties agree that no party shall serve any additional fact discovery in the form of interrogatories, requests for production or inspection of documents or other tangible things, or requests for admission (however, this stipulation does not include any restriction on expert discovery);

WHEREAS, Zee Apparel agrees to disclose by October 28, 2016 the name(s) and topics to be covered by any experts for whom Zee Apparel will provide an opening expert report under FRCP 26(a)(2)(B);

NOW, THEREFORE, the parties stipulate and agree, subject to the Court's approval, that:

(1) the Fact Discovery Cutoff shall be shifted from October 10, 2016 to November 4, 2016;

(2) as a result, the deadline for Expert Initial Reports shall be shifted from October 24, 2016 to November 7, 2016, and the deadline for Expert Rebuttal Reports shall be shifted from November 7, 2016 to November 16, 2016;

(3) all other deadlines shall remain the same, including the trial date and the dispositive motions hearing deadline; and

(4) the Revised Schedule shown below shall be adopted for this case.

| Event | Current Schedule | Revised Schedule |
|---|---|---|
| Fact Discovery Cutoff | October 10, 2016 | November 4, 2016 |
| Exchange Initial Expert Reports | October 24, 2016 | November 7, 2016 |
| Exchange Rebuttal Expert Reports | November 7, 2016 | November 16, 2016 |
| Expert Discovery Cutoff | November 21, 2016 | November 21, 2016 |
| Dispositive Motions Hearing Deadline | January 12, 2017 | January 12, 2017 |
| Pretrial Conference | April 4, 2017 | April 4, 2017 |
| Jury Trial | May 1, 2017 | May 1, 2017 |

Dated:  October 10, 2016                    Respectfully submitted,


By:     */s/ Hal M. Lucas*
    Hal M. Lucas *(Admitted pro hac vice)*
    hlucas@lucassavitz.com
    LUCAS SAVITZ P.L.
    -and-
    Michael A. Trauben, SBN 277557
    mtrauben@singhtraubenlaw.com
    SINGH, SINGH & TRAUBEN, LLP
    Attorneys for ZEE APPAREL INC. d/b/a SHOP UNDER



By:     /s/ *Michael J. Bettinger*
    Michael J. Bettinger, SBN 122196
    mbettinger@sidley.com
    Holly Hogan, SBN 238714
    hhogan@sidley.com
    Ezekiel L. Rauscher, SBN 269141
    erauscher@sidley.com
    SIDLEY AUSTIN LLP
    Attorneys for THE REALREAL, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  October 11, 2016

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated:  October 10, 2016                              SIDLEY AUSTIN LLP

By:     /s/ *Michael J. Bettinger*
         Michael J. Bettinger
         mbettinger@sidley.com
         *Attorney for Defendant*
         THE REALREAL, INC.