# EXHIBIT E

# DOCUMENT FILED UNDER SEAL