# EXHIBIT G

**From:** Sean | ShopUnder <sean@shopunder.com>
**Sent:** Thursday, March 5, 2015 6:50 PM
**To:** Carine Karam Vente Privee <carine.karam@therealreal.com>
**Subject:** Fwd: Authentication Completed - Zee Apparel / Shopunder - Givenchy Antigona Medium Black (HDBG-GVHY-ANTIGONA-BLK) AF03238

Sent from my iPhone

Begin forwarded message:

> **From:** Miriam Erez <miriamerez@hotmail.com>
> **Date:** March 5, 2015 at 1:27:32 PM GMT-5
> **To:** Sean | ShopUnder <sean@shopunder.com>
> **Subject: FW: Authentication Completed - Zee Apparel / Shopunder - Givenchy Antigona Medium Black (HDBG-GVHY-ANTIGONA-BLK) AF03238**
>
> From: authenticatefirst@gmail.com
> Date: Wed, 4 Mar 2015 22:52:59 -0500
> Subject: Authentication Completed - Zee Apparel / Shopunder - Givenchy Antigona Medium Black (HDBG-GVHY-ANTIGONA-BLK) AF03238
> To: miriam@shopunder.com
>
> Hi,
>
> We are pleased to inform you that your authentication has been completed. Attached you will find your PDF document.
>
> If you should have any questions or need further assistance, please do not hesitate to contact us. Thank you for choosing Authenticate First.
>
> Warm Regards,
>
> **Authenticate First, LLC**
> Facebook: https://www.facebook.com/authenticatefirst
> Instagram: @authenticatefirst
> Twitter: @authfirst
> Tumblr: http://authenticate-first.tumblr.com/
> Business phone: 574.302.6155
> authenticatefirst@gmail.com
>
> Authenticate First time zone: Eastern Standard Time (EST). Please allow for time differences if you are outside of this time zone. Thank you!
>
> ---------- Forwarded message ----------
> From: **Miriam Erez** <miriamerez@hotmail.com>



EXHIBIT 5

TRR-ZAI_00000155

Date: Wed, Mar 4, 2015 at 4:59 PM
Subject: Zee Apparel / Shopunder-Givenchy Antigona Medium Black (HDBG-GVHY-ANTIGONA-BLK)-new authentication
To: "authenticatefirst@gmail.com" <authenticatefirst@gmail.com>
Cc: Sean | ShopUnder <sean@shopunder.com>

Hello,

Please find attached a new authentication, the drop box link is below;

https://www.dropbox.com/sh/sezqcjt9i3iq2qs/AAAxFN7IdXnLT1nok0dKAKaza?dl=0

Thank you and have a nice day,

Best regards,
Miriam.


--



This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

Authenticate First time zone: Eastern Standard Time (EST). Please allow for time differences if you are outside of this time zone. Thank you!

Terms of Service



THE LEADING AUTHORITY FOR HIGH END DESIGNER AUTHENTICATIONS

## Certificate of Authentication #AF03238

March 4, 2015

TO:  Zee Apparel / Shopunder

Re:  Evaluation of – Givenchy Antigona Medium Black (HDBG-GVHY-ANTIGONA-BLK)



Thank you for allowing AuthenticateFirst.com to review the item you submitted. The photographs submitted were of good quality, position and resolution allowing us to conduct a thorough review of the item. **It is our opinion the item in question is authentic.**

Sincerely,
Authenticate First, LLC

Disclaimer: AuthenticateFirst.com, is an independent luxury designer authentication service and is not affiliated with any designers, including the designer of the item reviewed. AuthenticateFirst.com has no personal connection with any of the parties involved in the transaction. Opinions provided by AuthenticateFirst.com authenticators are based upon their knowledge obtained from years of collecting, buying, and studying designer luxury brands. Every effort is made to ensure opinions rendered by AuthenticateFirst.com are accurate. AuthenticateFirst.com is not liable for any loss resulting from the opinions rendered, and does not have control over the final decision rendered by the third party handling any disputed claim. The individual who has retained AuthenticateFirst.com to provide this written opinion has agreed to hold AuthenticateFirst.com harmless for opinion expressed by AuthenticateFirst.com authenticators based upon their assessment of the item and information provided by its client, and which is referenced above. Authenticate First LLC.

Authenticate First, LLC

authenticatefirst@gmail.com
authenticatefirst.com

+1.574.302.6155

TRR-ZAI_00000157