# EXHIBIT H

12/11/2015                              Mail :: Fwd: Chanel Boy Flap with Ruthenium Hardware, 2015

**Reply**             **Forward**             **Delete**

## Fwd: Chanel Boy Flap with Ruthenium Hardware, 2015

**Date:** 12/02/2015 (10:34:28 AM GMT+7)
**From:** Sean
  **To:** Carine Karam Vente Privee

---

📄 Text (1 KB)

Sent from my iPhone

Begin forwarded message:

[Hide Quoted Text]

> From: <marybeth@shopunder.com>
> Date: December 2, 2015 at 12:36:22 PM GMT-5
> To: "'Sean'" <sean@shopunder.com>
> Subject: FW: Chanel Boy Flap with Ruthenium Hardware, 2015
>
>
> Marybeth Pak
> Sales Department
> ShopUnder | +1.438.384.1119 | www.shopunder.com
> 111 Rue Chabanel O #304; Montreal, QC H2N 1C8 Canada
>
>
> From: marybeth@shopunder.com [mailto:marybeth@shopunder.com]
> Sent: Tuesday, December 01, 2015 9:23 AM
> To: 'Sean' <sean@shopunder.com>
> Subject: FW: Chanel Boy Flap with Ruthenium Hardware, 2015
>
> From: marybeth@shopunder.com [mailto:marybeth@shopunder.com]
> Sent: Thursday, November 19, 2015 11:20 AM
> To: 'Sean' <sean@shopunder.com>
> Subject: FW: Chanel Boy Flap with Ruthenium Hardware, 2015
>
>
> From: Lesley Coyne [mailto:authenticate4u.com@gmail.com]
> Sent: Friday, September 25, 2015 10:09 AM
> To: marybeth@shopunder.com
> Subject: Chanel Boy Flap with Ruthenium Hardware, 2015
>
> Hi
>
> Please find attached the Evaluation in respect of the above item. This has been reviewed via the
> photos provided, and based on these photos, is confirmed authentic.
>
> Do let us know if you need anything further on this item.
>
> Best wishes,
>
> Authenticate4U.com



Zee_0563



## EMAIL EVALUATION



Client –            ZEE APPAREL INC.
Date –              SEPTEMBER 25 2015
Item –              CHANEL BOY FLAP WITH RUTHENIUM
                    HARDWARE, 2015 (21559606)

With reference to your request for evaluation on the above item, we have pleasure in advising you that our CHANEL Design Associates have now reviewed the photos which were provided, and based on these photos, it is their opinion that this item is –

## AUTHENTIC

### Thank you for choosing Authenticate4U.com

DISCLAIMER: The opinions rendered in all discussions, authentications, evaluations and condition reports are based upon each Design Associates extensive personal knowledge of the designer/design house/designer item in question and any other relevant resources which they may have at their disposal. Although every effort is always made to ensure an accurate opinion is given and/or conclusion reached, please be aware that there will always remain a small (in general, less than one percent, in the case of authentications) margin of error.

Every effort has been made to ensure that the services detailed and prices quoted are accurate, at the time of writing; but please note that they may be subject to alteration, or withdrawal, without prior warning.

Registered Office – Kinkell Avenue, Glenrothes, Fife, Scotland KY7 4QG
Telephone – 01592 806408
Email – admin@authenticate4u.com

Zee_0564