# EXHIBIT I

# DOCUMENT FILED UNDER SEAL