# EXHIBIT J

Legal Department
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125 US


Express

### Certification of Business Records

I, a. evans anderson, the undersigned, declare that I am employed by FedEx Express in the Legal Department as Custodian of Records and by reason of my position am authorized and qualified to make this declaration.

I further declare that the documents are original records or true copies of records that were:

1. made at or near the time of the occurrence of the matters described in the documents, by (or from information transmitted by) a person with knowledge of those matters;
2. kept in the course of regularly conducted business activity; and
3. made by the said business activity as a regular practice.

I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

Date of Execution:        ⊗ctober 31, 2016

Place of Execution:       FedEx Express
                          Legal Department
                          3620 Hacks Cross Road
                          Building B – Third Floor
                          Memphis, TN 38125

a. evans anderson, sr. paralegal and custodian of records

**SWORN TO AND SUBSCRIBED before me on this  31ˢᵗ day of ⊗ctober 2016.**

Notary Public in and for
the State of Tennessee

My **Commission Expires:**
1191478

STATE
OF
TENNESSEE
NOTARY
PUBLIC
SHELBY COUNTY
MY COMMISSION EXPIRES 11-2-2019

62308

| shp_trk_nbr | shp_dt | shp_fgt_chrg_amt |
|---|---|---|
| 774892690031 | 11/3/2015 | 197.9 |
| 774892971023 | 11/3/2015 | 197.9 |
| 774966821135 | 11/12/2015 | 244.4 |
| 775009420979 | 11/18/2015 | 716.85 |
| 775063957624 | 11/25/2015 | 347.8 |
| 775064097230 | 11/25/2015 | 347.8 |
| 775064257312 | 11/25/2015 | 347.8 |
| 775126784230 | 12/4/2015 | 3 |
| 775126882274 | 12/4/2015 | 3 |
| 775126938384 | 12/4/2015 | 3 |

19

ORIGIN ID:YUMA  (438) 384-1119
Howard
Zee Apparel/ShopUnder
111 Chabanal O
Suite 304
MONTREAL, PQ H2N1C9
CANADA, CA

Ship Date: 03NOV15
ActWgt: 19.00 LB
CAD: 105439821/INCA3670

Dim: 17x16x18 IN

EIN/VAT:

TO ATTN: Vendor
   The Realreal
   35 Enterprise Ave North
   Suite E
   SECAUCUS, NJ 07094

(848) 839-8813

**FedEx**
Express

(US)

AWB

E

FedEx
TRK# 7748 9269 0031

SA JSLA AA
INTL ECONOMY

SA JSLA

07094
NJ-US
EWR

REF:
DESC:
DESC:
DESC:

FTD  764238 03NOV15 YUXA  537C2/3F56/31D8

COUNTRY MFG: CN IT
CARRIAGE VALUE: 0.00 CAD
CUSTOMS VALUE: 180.00 CAD

SIGN: Howard
T/C: S 380895013
D/T: R

These commodities, technology, or software were exported from
Canada in accordance with the export administration regulations.
Diversion contrary to Canadian law prohibited. The Warsaw
Convention may apply and will govern and in most cases limit the
liability of Federal Express for loss or delay of or damage to
your shipment. Subject to the conditions of the contract.

**FEDEX AWB COPY — PLEASE PLACE IN POUCH**

FEDEX_000003

This invoice must be completed in English

# COMMERCIAL INVOICE



| EXPORTER . |
| Tax ID# : |
| Contact Name : Howard |
| Telephone No. : 4383841119 |
| E-Mail : sean2shopunder com |
| Company Name/Address : |
| Zee Apparel/ShopUnder |
| 111 Chabanel O |
| Suite 304 |

**Ship Date** · 03 Nov, 2015

**Air Waybill No. / Tracking No. / Bill of Lading** 774892690031

**Invoice No. : Purchase Order No. :**

| MONTREAL PQ H2N1C8 |
| Country : Canada |
| Parties to Transaction: |
| ☐ Related   ☐ Non-Related |

| Payment Terms : |

| Purpose of Shipment : Commercial |

| CONSIGNEE : |
| Tax ID# : |
| Contact Name : ATTN: Vendor |
| Telephone No. : 646-639-8813 |
| E-Mail : |
| Company Name/Address . |
| The Realreal |
| 35 Enterprise Ave North |
| Suite E |

**SOLD TO (if different from Consignee) :**

☑ Same as CONSIGNEE :

**Tax ID# :**

**Company Name/Address :**

| SECAUCUS NJ 07094 |
| Country : United States |

**Country :**

If there is a designated broker for this shipment, please provide contact information

**Name of Broker    Tel No.    Contact Name**

Duties and Taxes Payable by ☐ Exporter ☑ Consignee ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 6 00 | EA | Commercial - Picture Frame | | CN | 5.000000 | 30 00 |
| | 3 00 | PCS | Commercial - Handbag | | IT | 50.000000 | 150 00 |
| Total No. of Packages : 1 | | | Total Weight (Indicate LBS or KGS) : 19 00 lbs | | | Terms of Sale : | FCA |
| Special Instructions : | | | | | | Subtotal : | 180.00 |
| | | | | | | Insurance : | 0 00 |
| | | | | | | Freight : | 0 00 |
| | | | | | | Packing : | 0 00 |
| Declaration Statement(s) : | | | | | | Handling : | 0 00 |
| | | | | | | Other : | 0 00 |
| I declare that all the information contained in this invoice to be true and correct | | | | | | Invoice Total : | 180.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | | | | | | Currency Code : | CAD |
| Signature / Title / Date | | | | | | 03 Nov, 2015 | |

FEDEX_000004

11/06/15 4:44 PM

$\mathcal{H}$

```
ORIGIN ID:YUXA  (438) 394-1119        Ship Date: 03NOV15
Howard                                Actwgt: 19.00 LB
Zee Apparel/ShopUnder                 CAD: 105439821/INCA3670
111 Chabanel O
Suite 304                             Dim: 17x16x15 IN
MONTREAL, PO H2N1C8
CANADA, CA                            EIN/VAT:
```

TO **ATTN: Vendor**                                    (646) 639-8813

**The Realreal**                                    **FedEx**
                                                        Express
**35 Enterprise Ave North**

**Suite E**

**SECAUCUS, NJ 07094**                   **(US)**    **E**

                                         **AWB**

**FedEx**                                            **AA**

TRK# 7748 9297 1023                    **INTL ECONOMY**
8430

                                                     07094
**SA JSLA**                                          NJ-US
                                                     **EWR**

```
▌║▌║║▌║║▌║║▌▌║║▌▌║▌▌║║▌║▌▌║▌
```

FID  784230 03NOV15 YUXA  537C2/3F56/3108

```
:COUNTRY MFG: IT IT          SIGN: Howard
:CARRIAGE VALUE: 0.00 CAD    T/C: 8 380688013
:CUSTOMS VALUE: 175.00 CAD   D/T: R
```

These commodities, technology, or software were exported from
Canada in accordance with the export administration regulations.
Diversion contrary to Canadian law prohibited. The Warsaw
Convention may apply and will govern and in most cases limit the
liability of Federal Express for loss or delay of or damage to
your shipment. Subject to the conditions of the contract.

**FEDEX AWB COPY — PLEASE PLACE IN POUCH**

FEDEX_000005

This invoice must be completed in English

# COMMERCIAL INVOICE



| EXPORTER : | |
|---|---|
| Tax ID# : | |
| Contact Name : Howard | |
| Telephone No. : 4383841119 | |
| E-Mail : sean@shopunder.com | |
| Company Name/Address : | |
| Zee Apparel/ShopUnder | |
| 111 Chabanel O | |
| Suite 304 | |
| | |
| MONTREAL PQ H2N1C8 | |
| Country : Canada | |
| Parties to Transaction: | |
| ☐ Related   ☐ Non-Related | |
| Payment Terms : | |
| Purpose of Shipment :   Commercial | |

| | |
|---|---|
| Ship Date :   03 Nov, 2015 | |
| Air Waybill No. / Tracking No. / Bill of Lading | 734892971023 |
| Invoice No. :   Purchase Order No. | |

| CONSIGNEE : | | SOLD TO (if different from Consignee) : |
|---|---|---|
| Tax ID# : | | ☑ Same as CONSIGNEE : |
| Contact Name : ATTN: Vendor | | |
| Telephone No. : 646-639-8813 | | Tax ID# : |
| E-Mail . | | Company Name/Address : |
| Company Name/Address : | | |
| The Realreal | | |
| 35 Enterprise Ave North | | |
| Suite E | | |
| | | |
| SECAUCUS NJ 07094 | | |
| Country : United States | | |
| | | Country : |

If there is a designated broker for this shipment, please provide contact information

Name of Broker     Tel No.     Contact Name

Duties and Taxes Payable by  ☐ Exporter  ☑ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 2.00 | PCS | Commercial - Handbag | | IT | 50.000000 | 100.00 |
| | 15.00 | EA | Commercial - Scarf/Hat Set | | IT | 5.000000 | 75.00 |
| Total No. of Packages :   1 | | | Total Weight (Indicate LBS or KGS) :  19.00 lbs | | | Terms of Sale : | FCA |
| Special Instructions : | | | | | | Subtotal : | 175.00 |
| | | | | | | Insurance : | 0.00 |
| | | | | | | Freight : | 0.00 |
| | | | | | | Packing : | 0.00 |
| Declaration Statement(s) : | | | | | | Handling : | 0.00 |
| | | | | | | Other : | 0.00 |
| I declare that all the information contained in this invoice to be true and correct | | | | | | Invoice Total : | 175.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | | | | | | Currency Code : | CAD |
| | | | | | | 03 Nov, 2015 | |
| Signature / Title / Date | | | | | | | |

**FedEx.**
TRK#
[0430] 7749 6682 1135

10:30A
**INTL PRIORITY**

# NE JSLA

07094
NJ-US
**EWR**



rID  828819 12NOV15 YUXA  837C2/3F86/31D8

ORIGIN ID:YUXA  (438) 384-1118
Howard
Zee Apparel/ShopUnder
111 Chabanel O
Suite 304
MONTREAL, PQ H2N1C8
CANADA, CA

Ship Date: 12NOV15
ActWgt: 6.50 LB
CAD: 105439821/INCA3870

Dims: 17x11x14 IN

EIN/VAT:

TO ATTN: Vendor
**The Realreal**
35 Enterprise Ave North
Suite E
**SECAUCUS, NJ 07094**

(848) 639-8813

**FedEx**
Express

(US)

**AWB**  **E**

# NE JSLA

**PKG TYPE: CUSTOMER**

TRK# 7749 6682 1135          Form
0430

## INTL PRIORITY

REF:
DESC1:Handbag
DESC2:
DESC3:
DESC4:

: COUNTRY MFG: IT
: CARRIAGE VALUE: 0.00 CAD
: CUSTOMS VALUE: 100.00 CAD

SIGN: Howard
T/C: S 380885013
D/T: S 380885013

These commodities, technology, or software were exported from
Canada in accordance with the export administration regulations.
Diversion contrary to Canadian law prohibited. The Warsaw
Convention may apply and will govern and in most cases limit the
liability of Federal Express for loss or delay of or damage to
your shipment. Subject to the conditions of the contract.

**FEDEX AWB COPY — PLEASE PLACE IN POUCH**

https://www.fedex.com/shipping/html/en/PrintIFrame.html

This invoice must be completed in English

# COMMERCIAL INVOICE

2



| EXPORTER : |
| --- |
| Tax ID# : |
| Contact Name : Howard |
| Telephone No. : 4383841119 |
| E-Mail : sean@shopunder.com |
| Company Name/Address : |
| Zee Apparel/ShopUnder |
| 111 Chabanel O |
| Suite 304 |
| |
| MONTREAL PQ H2N1C8 |
| Country : Canada |
| Parties to Transaction: |
| ☐ Related  ☐ Non-Related |
| |
| Payment Terms . |
| Purpose of Shipment : Sample |

Ship Date : 12 Nov, 2015

Air Waybill No. / Tracking No. / Bill of Lading . 774966821135

Invoice No. :  Purchase Order No. :

| CONSIGNEE : |
| --- |
| Tax ID# : |
| Contact Name : ATTN: Vendor |
| Telephone No. : 6466398813 |
| E-Mail : |
| Company Name/Address : |
| The Realreal |
| 35 Enterprise Ave North |
| Suite E |
| |
| SECAUCUS NJ 07094 |
| Country : United States |

SOLD TO (If different from Consignee) :

☑ Same as CONSIGNEE :

Tax ID# :
Company Name/Address :

Country :

If there is a designated broker for this shipment, please provide contact information

Name of Broker     Tel No.     Contact Name

Duties and Taxes Payable by ☑ Exporter ☐ Consignee ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2.00 | PCS | Sample - Handbag | | IT | 50.000000 | 100.00 |
| Total No. of Packages : 1 | | | Total Weight (Indicate LBS or KGS) : 6.50 lbs | | | Terms of Sale : | FCA |
| Special Instructions : | | | | | | Subtotal : | 100.00 |
| | | | | | | Insurance : | 0.00 |
| | | | | | | Freight : | 0.00 |
| | | | | | | Packing : | 0.00 |
| Declaration Statement(s) : | | | | · | | Handling : | 0.00 |
| | | | | | | Other : | 0.00 |
| I declare that all the information contained in this invoice to be true and correct | | | | | | Invoice Total : | 100.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | | | | | | Currency Code : | CAD |
| Signature / Title / Date | | | | | | 12 Nov, 2015 | |

FEDEX_000008  11/12/15 4:38 PM



**AA**
**INTL ECONOMY**

TRK# 7750 0942 0979

**07094**
NJ-US
**EWR**

# SA JSLA



FID  826819 18NOV16 YUXA  537C2/3F56/3108

ORIGIN ID:YUXA  (438) 384-1119
Howard
Zee ApparelShopUnder
111 Chabanel O
Suite 304
MONTREAL, PQ H2N1C8
CANADA, CA

TO  **ATTN: Vendor**

**The Realreal**

**35 Enterprise Ave North**

**Suite E**

**SECAUCUS, NJ 07094**

Ship Date: 18NOV15
TotWgt: 84.00 LB
CAD: 105439821/INCA3870

Dims: 22x27x20 IN

EIN/VAT:

(846) 639-8813

**FedEx**
Express

**(US)**

**E**

**AWB**

## SA JSLA

**PKG TYPE: CUSTOMER**

TRK# 7750 0942 0979          Form
0430

1 of 2

**INTL ** 2DAY ****

REF:
DESC1:backpacks
DESC2:
DESC3:
DESC4:

COUNTRY MFG: CN
* CARRIAGE VALUE: 0.00 CAD
* CUSTOMS VALUE: 180.00 CAD

SIGN: Howard
T/C: S 380895013
D/T: R

These commodities, technology, or software were exported from
Canada in accordance with the export administration regulations.
Diversion contrary to Canadian law prohibited. The Warsaw
Convention may apply and will govern and in most cases limit the
liability of Federal Express for loss or delay of or damage to
your shipment. Subject to the conditions of the contract.

**FEDEX AWB COPY — PLEASE PLACE IN POUCH**

This invoice must be completed in English

# COMMERCIAL INVOICE

ㄴ

| EXPORTER : | |
|---|---|
| Tax ID# · | |
| Contact Name : Howard | **Ship Date :** 18 Nov, 2015 |
| Telephone No. : 4383841119 | |
| E-Mail : | **Air Waybill No. / Tracking No. / Bill of Lading :** 775009420979 |
| Company Name/Address : | |
| Zee ApparelShopUnder | **Invoice No. :   Purchase Order No. :** |
| 111 Chabanel O | |
| Suite 304 | |
| | |
| MONTREAL PQ 112N1C8 | |
| Country : Canada | |
| Parties to Transaction: | |
| ☐ Related   ☒ Non-Related | |
| | |
| Payment Terms : | |
| | |
| Purpose of Shipment :   Commercial | |

| CONSIGNEE . | SOLD TO (if different from Consignee) . |
|---|---|
| Tax ID# : | ☒ Same as CONSIGNEE : |
| Contact Name : ATTN: Vendor | |
| Telephone No. : 646-639-8813 | **Tax ID# :** |
| E-Mail · | **Company Name/Address :** |
| Company Name/Address : | |
| The Renfroal | |
| 35 Enterprise Ave North | |
| Suite E | |
| | |
| SECAUCUS NJ 07094 | |
| Country : United States | |
| | Country : |

If there is a designated broker for this shipment, please provide contact information

**Name of Broker      Tel No.      Contact Name**

Duties and Taxes Payable by ☐ Exporter ☒ Consignee ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 12.00 | EA | Commercial - backpacks | | CN | 15.000000 | 180.00 |
| **Total No. of Packages  2** | | | Total Weight (Indicate LBS or KGS) ·  64 00 lbs | | | **Terms of Sale :** | FCA |
| **Special Instructions :** | | | | | | **Subtotal :** | 180.00 |
| | | | | | | **Insurance :** | 0.00 |
| | | | | | | **Freight :** | 0.00 |
| | | | | | | **Packing ·** | 0.00 |
| **Declaration Statement(s) :** | | | | | | **Handling :** | 0 00 |
| | | | | | | **Other :** | -999,999.99 |
| I declare that all the information contained in this invoice to be true and correct | | | | | | **Invoice Total ·** | -999,819.99 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual · | | | | | | **Currency Code :** | CAD |
| | | | | | | 18 Nov, 2015 | |
| Signature / Title / Date | | | | | | | |

FEDEX_000010   11/18/15 4:23 PM

𝓊

```
ORIGIN ID:YUXA  (438) 384-1118        Ship Date: 25NOV15
Howard                                ActWgt: 32.00 LB
Zee Apparel/ShopUnder                 CAD: 105438821/INCA3870
111 Chabanel O
Suite 304                             Dims: 27x22x20 IN
MONTREAL, PQ H2N1C8
CANADA, CA                            EIN/VAT:
```

```
ID ATTN: Vendor                                   (848) 638-8013
   The Restreal                          FedEx
   1980 Oakdale Ave.                            Express

   SAN FRANCISCO, CA 94124               (US)        E

                                        AWB

                                   SH JCCA
```

PKG TYPE: CUSTOMER

TRK#  7750 8395 7624       Form
                           0430

INTL ** 2DAY **

REF:
DESC1: Backpacks
DESC2:
DESC3:
DESC4:

```
: COUNTRY MFG: CN                     SIGN: Howard
: CARRIAGE VALUE: 0.00 CAD            T/C: S 380895013
: CUSTOMS VALUE: 180.00 CAD           D/T: S 380895013
These commodities, technology, or software were exported from
Canada in accordance with the export administration regulations
Diversion contrary to Canadian law prohibited. The Warsaw
Convention may apply and will govern and in most cases limit the
liability of Federal Express for loss or injury of or damage to
your shipment. Subject to the conditions of the contract.
```

FEDEX AWB COPY — PLEASE PLACE IN POUCH



FedEx.                                        AA
TRK#                                 INTL ECONOMY
[0430] 7750 6395 7624

SH JCCA                                      94124
                                             CA-US
                                             SFO

FID  784238 25NOV15 YUXA  537C2/3F56/3108

This invoice must be completed in English

# COMMERCIAL INVOICE

*2ʋ.*

| EXPORTER | |
|---|---|
| Tax ID# | |
| Contact Name   Howard | |
| Telephone No   4383841119 | |
| E-Mail  s_an@shopunder com | |
| Company Name/Address | |
| /u Apparel/ShopUnder | |
| 111 Chibanul O | |
| Suite 304 | |

Ship Date    25 Nov 2015

Air Waybill No / Tracking No / Bill of Lading    775063957624

Invoice No    Purchase Order No

MONTREAL PQ H2N1C8
Country   Canada
Parties to Transaction

☐ Related  ☑ Non-Related

Payment Terms

Purpose of Shipment   Commercial

| CONSIGNEE | |
|---|---|
| Tax ID# | |
| Contact Name   ATTN Vendor | |
| Telephone No   646 639 8813 | |
| E-Mail | |
| Company Name/Address | |
| The Realreal | |
| 1980 Oakdale Ave | |

SOLD TO (if different from Consignee)

☑ Same as CONSIGNEE

Tax ID#
Company Name/Address

SAN FRANCISCO CA 94124
Country   United States

Country

If there is a designated broker for this shipment, please provide contact information

Name of Broker      Tel No      Contact Name

Duties and Taxes Payable by ☑ Exporter ☐ Consignee ☐ Other If Other, please specify

| No of Packages | No of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 16 00 | EA | Commercial - Backpacks | | CN | 10 000000 | 160 00 |
| Total No of Packages   1 | | | Total Weight (Indicate LBS or KGS)   12 00 lbs | | | Terms of Sale | 1 CA |
| Special Instructions | | | | | | Subtotal | 160 00 |
| | | | | | | Insurance | 0 00 |
| | | | | | | Freight | 0 00 |
| | | | | | | Packing | 0 00 |
| Declaration Statement(s) | | | | | | Handling | 0 00 |
| | | | | | | Other | 0 00 |
| I declare that all the information contained in this invoice to be true and correct | | | | | | Invoice Total | 160 00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual | | | | | | Currency Code | CAD |
| Signature / Title / Date | | | | | | 25 Nov 2015 | |



2 4

ORIGIN ID:YUXA (438) 384-1119
Howard
Zee Apparel/ShopUnder
111 Chabanel O
Suite 304
MONTREAL, PQ H2N1C8
CANADA, CA

Ship Date: 25NOV15
ActWgt: 30.00 LB
CAD: 105439821/INCA3870
Dims: 27x22x20 IN
EIN/VAT: .

TO ATTN: Vendor
The Realreal
1980 Oakdale Ave.

SAN FRANCISCO, CA 94124

(646) 639-8613

FedEx Express

[redacted]

(US)

AWB

E

SH JCCA

TRK# 7750 6409 7230

Form 0430

INTL ** 2DAY **

PKG TYPE: CUSTOMER

REF:
DESC1:Backpacks
DESC2:
DESC3:
DESC4:

COUNTRY MFG: CN
CARRIAGE VALUE: 0.00 CAD
CUSTOMS VALUE: 150.00 CAD

SIGN: Howard
T/C: S 380895013
D/T: S 380895013

These commodities, technology, or software were exported from Canada in accordance with the export administration regulations. Diversion contrary to Canadian law prohibited. The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

Part # 156297-435 RIT2 08/15

FEDEX AWB COPY — PLEASE PLACE IN POUCH

FedEx

TRK# 0430 7750 6409 7230

SH JCCA

INTL ECONOMY AA

94124
CA-US
SFO

FID 784238 25NOV15 YUXA 537C2/3F56/3108

https //www fedex com/shipping/html/en/PrintIFrame html

This invoice must be completed in English    **COMMERCIAL INVOICE**    24.

| EXPORTER | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tax ID# | | | | | | | |
| Contact Name  Howard | | | | Ship Date    25 Nov 2015 | | | |
| Telephone No   4383841119 | | | | | | | |
| E-Mail   sean@shopunder com | | | | Air Waybill No / Tracking No / Bill of Lading    775064097230 | | | |
| Company Name/Address | | | | | | | |
| Zee App ircl/ShopUnder | | | | Invoice No     Purchase Order No | | | |
| Suite 304 | | | | | | | |
| | | | | | | | |
| MONTREAL PQ H2N1C8 | | | | | | | |
| Country  Canada | | | | | | | |
| Parties to Transaction | | | | | | | |
| ☑ Related  ☐ Non-Related | | | | | | | |
| Payment Terms | | | | | | | |
| Purpose of Shipment   Commercial | | | | | | | |

| CONSIGNEE | SOLD TO (if different from Consignee) |
|---|---|
| Tax ID# | ☑ Same as CONSIGNEE |
| Contact Name   ATTN Vendor | |
| Telephone No    646-639-8813 | Tax ID# |
| E-Mail | Company Name/Address |
| Company Name/Address | |
| The RealReal | |
| 1980 Oakdale Ave | |
| | |
| | |
| SAN FRANCISCO CA 94124 | |
| Country   United States | |
| | Country |

If there is a designated broker for this shipment, please provide contact information

Name of Broker     Tel No     Contact Name

Duties and Taxes Payable by  ☑ Exporter  ☐ Consignee  ☐ Other  If Other, please specify

| No of Packages | No of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 15 00 | THM | Commercial - Backpacks | | CN | 10 000000 | 150 00 |
| Total No  of Packages   1 | | | Total Weight (Indicate LBS or KGS)    30 00 lbs | | | Terms of Sale | FCA |
| Special Instructions | | | | | | Subtotal | 150 00 |
| | | | | | | Insurance | 0 00 |
| | | | | | | Freight | 0 00 |
| | | | | | | Packing | 0 00 |
| Declaration Statement(s) | | | | | | Handling | 0 00 |
| | | | | | | Other | 0 00 |
| I declare that all the information contained in this invoice to be true and correct | | | | | | Invoice Total | 150 00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual | | | | | | Currency Code | CAD |
| | | | | | | 25 Nov 2015 | |
| Signature / Title / Date | | | | | | | |

FEDEX_000074    11/25/15 4 27 PM

2V

ORIGIN ID:YUXA  (438) 394-1119
Howard
Zee Apparel/ShopUnder
11° Chabanel O
Suite 304
MONTREAL, PG H2N1C8
CANADA, CA

Ship Date: 25NOV15
ActWgt: 82.00 LB
CAD: 105439821/INCA3670

Dims: 27x22x20 IN

EIN/VAT:

TO ATTN: **Vendor**
**The Realreal**
**1900 Oakdale Ave.**

**SAN FRANCISCO, CA 94124**

(946) 639-6913

**FedEx**
Express

(US)

AWB



**SH JCCA**

**PKG TYPE: CUSTOMER**

TRK# **7750 6425 7312**     Form
0430

**INTL ** 2DAY ****

REF:
DESC1:Backpacks
DESC2:
DESC3:
DESC4:

COUNTRY MFG: CN
CARRIAGE VALUE: 0.00 CAD
CUSTOMS VALUE: 180.00 CAD

SIGN: Howard
T/C: S 380885013
D/T: S 380885013

These commodities, technology, or software were exported from
Canada in accordance with the export administration regulations.
Diversion contrary to Canadian law prohibited. The Warsaw
Convention may apply and will govern and in most cases limit the
liability of Federal Express for loss or delay of or damage to
your shipment. Subject to the conditions of the contract.

**FEDEX AWB COPY — PLEASE PLACE IN POUCH**



**FedEx.**
TRK#
0430  **7750 6425 7312**

**AA**
**INTL ECONOMY**

**SH JCCA**

**94124**
CA-US
**SFO**

TID  784238 25NOV15 TUXA  537C2/3F66/3108



This invoice must be completed in English

# COMMERCIAL INVOICE

**EXPORTER :**
Tax ID# .
Contact Name : Howard
Telephone No. : 4383841119
E-Mail : sean@shopunder.com
Company Name/Address :
Zec Apparel/ShopUnder
111 Chabanel O
Suite 304

MONTREAL PQ H2N1C8
Country : Canada
Parties to Transaction:
☐ Related   ☐ Non-Related

Payment Terms :

Purpose of Shipment :  Commercial

Ship Date :  25 Nov, 2015

Air Waybill No. / Tracking No. / Bill of Lading :  775064257312

Invoice No. :   Purchase Order No. :

**CONSIGNEE :**
Tax ID# :
Contact Name : ATTN: Vendor
Telephone No. : 646-639-8813
E-Mail :
Company Name/Address :
The Realreal
1980 Oakdale Ave.

SAN FRANCISCO CA 94124
Country : United States

SOLD TO (if different from Consignee) :
☑ Same as CONSIGNEE :

Tax ID# .
Company Name/Address :

Country :

If there is a designated broker for this shipment, please provide contact information

Name of Broker      Tel No.      Contact Name

Duties and Taxes Payable by ☑ Exporter ☐ Consignee ☐ Other If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 18.00 | EA | Commercial - Backpacks | | CN | 10.000000 | 180,00 |

| | | |
|---|---|---|
| Total No. of Packages : 1 | Total Weight (Indicate LBS or KGS) : 62,00 lbs | Terms of Sale : | FCA |
| Special Instructions . | | Subtotal : | 180,00 |
| | | Insurance : | 0,00 |
| | | Freight : | 0,00 |
| | | Packing : | 0,00 |
| Declaration Statement(s) : | | Handling : | 0.00 |
| | | Other : | 0,00 |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total : | 180,00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual . | | Currency Code : | CAD |
| Signature / Title / Date | | 25 Nov, 2015 | |

FEDEX_000016



AA
INTL ECONOMY

07094
NJ-US
EWR

**7751 2678 4230**
0430

**SA JSLA**



FTD  784230 04DEC15 YUXA  537C1/1500/3100

ORIGIN ID:YUXA  (438) 384-1119
Howard
Zee Apparel ShopUnder
111 Chabanel O
Suite 304
MONTREAL, PQ H2N1C8
CANADA, CA

Ship Date: 04DEC15
ActWgt: 25.00 LB
CAD: 105438821/INCA3870

Dims: 20x20x20 IN

EIN/VAT:

TO ATTN: Vendor                                    (646) 639-8813
The Realreal
35 Enterprise Ave North
Suite E
SECAUCUS, NJ 07094

**FedEx**
Express

(US)

AWB    **E**

**SA JSLA**

PKG TYPE: CUSTOMER

TRK# **7751 2678 4230**        Form
0430

**INTL ** 2DAY ****

REF:
DESC1: Backpacks
DESC2:
DESC3:
DESC4:

*COUNTRY MFG: CN                    SIGN: Howard
**CARRIAGE VALUE: 0.00 CAD          T/C: 6 380985013
CUSTOMS VALUE: 120.00 CAD           D/T: R

These commodities, technology, or software were exported from
Canada in accordance with the export administration regulations.
Diversion contrary to Canadian law prohibited. The Warsaw
Convention may apply and will govern and in most cases limit the
liability of Federal Express for loss or delay of or damage to
your shipment, subject to the conditions of the contract.

**FEDEX AWB COPY -- PLEASE PLACE IN POUCH**

FEDEX_000017

This invoice must be completed in English

# COMMERCIAL INVOICE

2

| EXPORTER :<br>Tax ID# :<br>Contact Name  Howard<br>Telephone No.  4383841119<br>E-Mail .<br>Company Name/Address :<br>Zoe ApparelShopUnder<br>111 Chabanel O<br>Suite 304<br><br>MONTREAL PQ H2N1C8<br>Country : Canada<br>Parties to Transaction·<br>☐ Related  ☐ Non-Related<br><br>Payment Terms<br><br>Purpose of Shipment :  Commercial | Ship Date ·  04 Dec, 2015<br><br>Air Way bill No. / Tracking No. / Bill of Lading  775126784230<br><br>Invoice No. .  Purchase Order No. : |
|---|---|

| CONSIGNEE :<br>Tax ID# :<br>Contact Name : ATTN: Vendor<br>Telephone No. : 646-639-8813<br>E-Mail :<br>Company Name/Address ·<br>The Realreal<br>35 Enterprise Ave North<br>Suite E<br><br>SECAUCUS NJ 07094<br>Country : United States | SOLD TO (if different from Consignee) :<br>☑ Same as CONSIGNEE :<br><br>Tax ID# :<br>Company Name/Address :<br><br><br><br><br>Country . |
|---|---|

If there is a designated broker for this shipment, please provide contact information

Name of Broker    Tel No.    Contact Name

Duties and Taxes Payable by ☐ Exporter ☑ Consignee ☐ Other  If Other, please specify

| No. of<br>Packages | No. of<br>Units | Unit of<br>Measure | Description of Goods | Harmonized<br>Tariff Number | Country of<br>Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 12.00 | THM | Commercial - Backpacks | | CN | 10 000000 | 120 00 |
| Total No. of Packages : 1 | | | Total Weight (Indicate LBS or KGS): 25.00 lbs | | | Terms of Sale : | FCA |
| Special Instructions : | | | | | | Subtotal : | 120,00 |
| | | | | | | Insurance : | 0,00 |
| | | | | | | Freight · | 0,00 |
| | | | | | | Packing : | 0,00 |
| Declaration Statement(s) : | | | | | | Handling : | 0 00 |
| | | | | | | Other : | -999,999,99 |
| I declare that all the information contained in this invoice to be true and correct | | | | | | Invoice Total : | -999,879,99 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | | | | | | Currency Code : | CAD |
| Signature / Title / Date | | | | | | 04 Dec. 2015 | |

22

ORIGIN ID:YUXA  (438) 384-1118
Howard
Zee ApparelShopUnder
,111 Chabanel.O
Suite 304
MONTREAL, PQ H2N1C8
CANADA, CA

Ship Date: 04DEC15
ActWgt: 44.00 LB
CAD: 105439921/INCA3670

Dims: 27x22x20 IN

EIN/VAT:

TO ATTN: Vendor
The Realreal
35 Enterprise Ave North
Suite E
SECAUCUS, NJ 07094

(646) 638-8813

**FedEx**
Express

(US)

AWB

**E**

**SA JSLA**

**PKG TYPE: CUSTOMER**

TRK# **7751 2688 2274**   Form 0430

**INTL ** 2DAY ****

REF:
DESC1: Backpacks
DESC2:
DESC3:
DESC4:

COUNTRY MFG: CN
**CARRIAGE VALUE: 0.00 CAD
CUSTOMS VALUE: 190.00 CAD

SIGN: Howard
T/C: 9 380895013
D/T: R

These commodities, technology, or software were exported from
Canada in accordance with the export administration regulations.
Diversion contrary to Canadian law prohibited. The Warsaw
Convention may apply and will govern and in most cases limit the
liability of Fedarel Express for loss or delay of or damage to
your shipments. Subject to the conditions of the contract.

**FEDEX AWB COPY — PLEASE PLACE IN POUCH**



**FedEx.**
TRK#
0430 **7751 2688 2274**

**AA
INTL ECONOMY**

**SA JSLA**

**07094**
NJ-US
**EWR**

FID  784238 04DEC15 YUXA  537C1/1308/3100

https://www.fedex.com/shipping/html/en/PrintIFrame.html

This invoice must be completed in English

# COMMERCIAL INVOICE



**EXPORTER:**
Tax ID#:
Contact Name: Howard
Telephone No.: 4383841119
E-Mail:
Company Name/Address:
Zee ApparelShopUnder
111 Chabanel O
Suite 304

MONTREAL PQ H2N1C8
Country: Canada
Parties to Transaction:
☐ Related   ☐ Non-Related

Payment Terms:

Purpose of Shipment:   Commercial

Ship Date:   04 Dec, 2015

Air Waybill No. / Tracking No. / Bill of Lading:   775126882274

Invoice No.:   Purchase Order No.:

**CONSIGNEE:**
Tax ID#:
Contact Name: ATTN: Vendor
Telephone No.: 646-639-8813
E-Mail:
Company Name/Address:
The Realreal
35 Enterprise Ave North
Suite E

SECAUCUS NJ 07094
Country: United States

**SOLD TO (if different from Consignee):**
☑ Same as CONSIGNEE:

Tax ID#:
Company Name/Address:

Country:

If there is a designated broker for this shipment, please provide contact information

Name of Broker   Tel No.   Contact Name

Duties and Taxes Payable by ☐ Exporter ☑ Consignee ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 19.00 | THM | Commercial - Backpacks | | CN | 10.000000 | 190.00 |

| | | |
|---|---|---|
| Total No. of Packages: 1 | Total Weight (Indicate LBS or KGS)  44.00 lbs | Terms of Sale: **FCA** |
| Special Instructions: | | Subtotal: 190.00 |
| | | Insurance: 0.00 |
| | | Freight: 0.00 |
| | | Packing: 0.00 |
| Declaration Statement(s): | | Handling: 0.00 |
| | | Other: -999,999.99 |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total: -999,809.99 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual: | | Currency Code: CAD |
| Signature / Title / Date | | 04 Dec, 2015 |

FEDEX_000020   12/04/15 3:52 PM

ORIGIN ID:YUMA  (438) 384-1118
Howard.
Zee ApparelShopUnder
111 Chabanel O
Suite 304
MONTREAL, PQ H2N1C8
CANADA, CA

Ship Date: 04DEC15
ActWgt: 35.00 LB
CAD: 105439921/INCA3670

Dims: 28x20x20 IN

EIN/VAT:

10  **ATTN: Vendor**
    **The Realreal**
    **35 Enterprise Ave North**
    **Suite E**
    **SECAUCUS, NJ 07094**

(646) 698-8813

**FedEx**
Express

(US)

**E**

AWB

**SA JSLA**

**PKG TYPE: CUSTOMER**

TRK# 7751 2693 8384          Form
                            0430

**INTL ** 2DAY ****

REF:
DESC1:Backpacks
DESC2:
DESC3:
DESC4:

COUNTRY MFG: CN                    SIGN: Howard
CARRIAGE VALUE: 0.00 CAD           T/C: S 380895013
CUSTOMS VALUE: 180.00 CAD          D/T: R

These commodities, technology, or software were exported from
Canada in accordance with the export administration regulations.
Diversion contrary to Canadian law prohibited. The Warsaw
Convention may apply and will govern and in most cases limit the
liability of Federal Express for loss or delay of or damage to
your shipment. Subject to the conditions of the contract.

**FEDEX AWB COPY — PLEASE PLACE IN POUCH**

**FedEx.**
TRK#
(0430) 7751 2693 8384

**SA JSLA**

INTL ECONOMY
                    AA

07094
        NJ-US
EWR

FID  784230 04DEC15 YUMA  537C1/1388/3108

This invoice must be completed in English

# COMMERCIAL INVOICE 24

| EXPORTER :<br>Tax ID# :<br>Contact Name : Howard<br>Telephone No. : 4383841119<br>E-Mail :<br>Company Name/Address :<br>Zee ApparelShopUnder<br>111 Chabanel O<br>Suite 304<br><br>MONTREAL PQ H2N1C8<br>Country : Canada<br>Parties to Transaction:<br>☐ Related  ☐ Non-Related<br><br>Payment Terms :<br><br>Purpose of Shipment :  Commercial | Ship Date :  04 Dec, 2015<br><br>Air Waybill No. / Tracking No. / Bill of Lading :  775126938384<br><br>Invoice No. ·   Purchase Order No. : |
|---|---|
| CONSIGNEE :<br>Tax ID# :<br>Contact Name ·  ATTN: Vendor<br>Telephone No. : 646-639-8813<br>E-Mail :<br>Company Name/Address :<br>The Realreal<br>35 Enterprise Ave North<br>Suite E<br><br>SECAUCUS NJ 07094<br>Country . United States | SOLD TO (if different from Consignee) :<br>☑ Same as CONSIGNEE :<br><br>Tax ID# :<br>Company Name/Address :<br><br><br><br>Country : |

If there is a designated broker for this shipment, please provide contact information

Name of Broker     Tel No.     Contact Name

Duties and Taxes Payable by ☐ Exporter ☑ Consignee ☐ Other If Other, please specify

| No. of<br>Packages | No. of<br>Units | Unit of<br>Measure | Description of Goods | Harmonized<br>Tariff Number | Country of<br>Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
|  | 16.00 | THM | Commercial - Backpacks |  | CN | 10.000000 | 160.00 |

| Total No. of Packages :  1 | Total Weight (Indicate LBS or KGS) : 35.00 lbs | Terms of Sale : | FCA |
|---|---|---|---|
| Special Instructions : | | Subtotal : | 160.00 |
| | | Insurance : | 0.00 |
| | | Freight : | 0.00 |
| | | Packing : | 0.00 |
| Declaration Statement(s) : | | Handling : | 0.00 |
| | | Other : | -999,999.99 |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total : | -999,839.99 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | | Currency Code · | CAD |
| Signature / Title / Date | | 04 Dec, 2015 | |

12/04/15 3:55 PM

