# EXHIBIT K

**From:** Sean <sean@shopunder.com>
**Sent:** Tuesday, November 3, 2015 10:44 PM
**To:** Carine Karam Vente Privee <carine.karam@therealreal.com>
**Subject:** Fwd: realreal

The 2 tracking numbers

Sent from my iPhone

Begin forwarded message:

> **From:** "Howard | ShopUnder" <howard@shopunder.com>
> **Date:** November 3, 2015 at 5:38:40 PM GMT-5
> **To:** "Sean | ShopUnder" <sean@shopunder.com>
> **Subject: realreal**
>
> Fedex tracking #s
> 774892690031
> 774892971023