# EXHIBIT L

**From:** Sean <sean@shopunder.com>
**Sent:** Thursday, November 12, 2015 10:15 PM
**To:** Carine Karam Vente Privee <carine.karam@therealreal.com>
**Subject:** Fwd: Shipment

1 Chanel boy
1 Givenchy Antigona black
Sent ...

Sent from my iPhone

Begin forwarded message:

> **From:** "Howard | ShopUnder" <howard@shopunder.com>
> **Date:** November 12, 2015 at 5:08:25 PM GMT-5
> **To:** <carine.karam@therealreal.com>
> **Cc:** "Sean | ShopUnder" <sean@shopunder.com>
> **Subject: Shipment**
>
> Hi
>
> We shipped out the samples with Fedex. The tracking # is 774966821135.
>
> Please see attachment for shipment details for this and previous samples sent
>
> Thanks,
> Howard