# EXHIBIT M

| | |
|---|---|
| **From:** | Carine Karam <carine.karam@therealreal.com> |
| **Sent:** | Wednesday, November 18, 2015 10:00 PM |
| **To:** | Sean <sean@shopunder.com> |
| **Subject:** | Re: RealReal fedex tracking |

thanks

Carine Karam
Managing Director
Business Channel
carine.karam@therealreal.com
646-639-8813
29 W 36th St, 9th Floor
New York, 10018



On Wed, Nov 18, 2015 at 4:54 PM, Sean <sean@shopunder.com> wrote:

> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Howard | ShopUnder" <howard@shopunder.com>
>> **Date:** November 18, 2015 at 4:35:01 PM GMT-5
>> **To:** "Sean | ShopUnder" <sean@shopunder.com>
>> **Subject: RealReal fedex tracking**
>>
>> 775009420979     &     775009420784