# EXHIBIT N

**From:** Sean <sean@shopunder.com>
**Sent:** Wednesday, November 25, 2015 10:11 PM
**To:** Carine Karam Vente Privee <carine.karam@therealreal.com>
**Subject:** Fwd: Real Real

First load ..
Next week the balance

Sent from my iPhone

Begin forwarded message:

> **From:** "Howard | ShopUnder" <howard@shopunder.com>
> **Date:** November 25, 2015 at 5:08:05 PM GMT-5
> **To:** "Sean | ShopUnder" <sean@shopunder.com>
> **Subject: Real Real**
>
> Packing list is attached.
> The The Fedex tracking #s are:
>
> 775064257312
> 775064097230
> 775063957624

TRR-ZAI_00001306