# EXHIBIT O

| | |
|---|---|
| **From:** | Howard | ShopUnder <howard@shopunder.com> |
| **Sent:** | Friday, December 4, 2015 9:15 PM |
| **To:** | Sean <sean@shopunder.com>; carine.karam@therealreal.com |
| **Subject:** | Re: Fwd: New Shipment (Celine, Chanels, etc) 54 Units |

Hi,

The Fedex tracking #s for this shipment are
775126938384
775126784230
775126882274

Have a great weekend

> **From:** Carine Karam <carine.karam@therealreal.com>
> **Date:** December 4, 2015 at 11:47:48 AM GMT-5
> **To:** "Sean | ShopUnder" <sean@shopunder.com>
> **Subject: New Shipment (Celine, Chanels, etc) 54 Units**
>
> Hi Sean,
> Please ship this new lot of **54 Units** to our Secaucus, NJ address.
>
> Attached is the final pricing template for your review.
>
> Thank you
>
> Carine Karam
> Managing Director
> Business Channel
> carine.karam@therealreal.com
> 646-639-8813
> 29 W 36th St, 9th Floor
> New York, 10018
>
> 
> The RealReal

Sent from my iPhone

Begin forwarded message:

> From: Carine Karam <carine.karam@therealreal.com>

> Date: December 4, 2015 at 11:47:48 AM GMT-5
> To: "Sean | ShopUnder" <sean@shopunder.com>
> Subject: New Shipment (Celine, Chanels, etc) 54 Units
>
> Hi Sean,
> Please ship this new lot of 54 Units to our Secaucus, NJ address.
>
> Attached is the final pricing template for your review.
>
> Thank you
>
>
> Carine Karam
> Managing Director
> Business Channel
> carine.karam@therealreal.com
> 646-639-8813
> 29 W 36th St, 9th Floor
> New York, 10018
>
>