# EXHIBIT Q

**From:** Carine Karam <carine.karam@therealreal.com>
**Sent:** Wednesday, December 2, 2015 4:30 PM
**To:** Sean | ShopUnder <sean@shopunder.com>
**Subject:** Chanel Boy Bags

Hi Sean,

This is the response I received from our Authentication Director:

We inspected the Givenchy and 4 Chanel boy bags last night.
The Givenchy are fine.

The Chanel bags are questionable. They all came in fake dust bags and the finish on the hardware is inconsistent.
We're going to reroute the other 2 boxes so I can look at those ones too

They didn't come with any tags, boxes, literature, etc... If he has a purchase order from Chanel I would feel much more comfortable.,



EXHIBIT
6

TRR-ZAI_00001335