# EXHIBIT R

# DOCUMENT FILED UNDER SEAL