# EXHIBIT S

# DOCUMENT FILED UNDER SEAL