# EXHIBIT T
# DOCUMENT FILED UNDER SEAL