# EXHIBIT U

**From:** Sean <sean@shopunder.com>
**Sent:** Friday, November 6, 2015 10:26 PM
**To:** Carine Karam <carine.karam@therealreal.com>
**Subject:** Re: Chanel Boy Photos

I wish I could
We sold it today and I only had one
We are getting more
Let's just get it rolling and I will bring in the goods. Believe me ..
I bought 75 Lv scarves today

Sent from my iPhone

On Nov 6, 2015, at 5:20 PM, Carine Karam <carine.karam@therealreal.com> wrote:

> What about the red??
> You sent me a link for it so I expect you will provide me with at least 2 of the reds.
>
>
> Carine Karam
> Managing Director
> Business Channel
> carine.karam@therealreal.com
> 646-639-8813
> 29 W 36th St, 9th Floor
> New York, 10018
>
> The RealReal
>
> On Fri, Nov 6, 2015 at 5:05 PM, Sean <sean@shopunder.com> wrote:
>> Hi
>> We can start with 2 black ones
>> Next week I have 5 blue ones coming
>> Let's start ..
>>
>>
>> Sent from my iPhone
>>
>> On Nov 6, 2015, at 4:52 PM, Carine Karam <carine.karam@therealreal.com> wrote:
>>
>>> Hey Sean,
>>> How many do you have of each color?
>>> red and black.
>>>
>>> I got my team to accept your pricing and test at higher than we normally do.
>>> We are interested.
>>> Please let me know quantities
>>>
>>> Thanks
>>>
>>> Carine Karam


EXHIBIT 521

TRR-ZAI_00000910

Managing Director
Business Channel
carine.karam@therealreal.com
646-639-8813
29 W 36th St, 9th Floor
New York, 10018

The
RealReal

On Fri, Nov 6, 2015 at 9:23 AM, Sean <sean@shopunder.com> wrote:
Newly arrivals

Sent from my iPhone

Begin forwarded message:

> **From:** <sarah@shopunder.com>
> **Date:** November 6, 2015 at 9:13:06 AM GMT-5
> **To:** <sean@shopunder.com>
> **Subject: Chanel Boy Photos**
>
> Chanel Boy Black Matte
> https://www.dropbox.com/sh/o74vj6y89feovqb/AADs6bB9Kb1wvlIhk-iCNFsma?dl=0
>
> Chanel Boy Red
> https://www.dropbox.com/sh/3m0rluo203nmvnx/AAByMu-aHjS9R8rcGlE8P7XYa?dl=0