# EXHIBIT V

# DOCUMENT FILED UNDER SEAL