# EXHIBIT X

# DOCUMENT FILED UNDER SEAL