# EXHIBIT AA

| | |
|---|---|
| **From:** | Sean <sean@shopunder.com> |
| **Sent:** | Tuesday, December 8, 2015 9:11 PM |
| **To:** | Carine Karam <carine.karam@therealreal.com> |
| **Subject:** | Re: Authenticity Concerns (TRR) |

I want all my stuff shipped back immediately
If you don't respond ASAP I will create a nightmare for your company ..
No body will hijack my goods and money you owe !!  Again give me your bosses phone number so I can go over the next steps with them

Sent from my iPhone

On Dec 8, 2015, at 4:02 PM, Carine Karam <carine.karam@therealreal.com> wrote:

> Sean,
> I cannot speak with you until further notice regarding the authenticity.
>
> On Dec 8, 2015 3:58 PM, "Sean" <sean@shopunder.com> wrote:
>> Please call me now
>>
>> Sent from my iPhone
>>
>> On Dec 8, 2015, at 3:54 PM, Carine Karam <carine.karam@therealreal.com> wrote:
>>
>>> HI Sean,
>>>
>>> We have questionsase regarding the authenticity of the items sent in so we will not be returning the products until we can determine if they are authentic or not.
>>>
>>> I cannot speak until further notice.
>>>
>>> Thank you
>>>
>>> Carine Karam
>>> Managing Director
>>> Business Channel
>>> carine.karam@therealreal.com
>>> 646-639-8813
>>> 29 W 36th St, 9th Floor
>>> New York, 10018
>>>
>>> The RealReal



EXHIBIT 544

TRR-ZAI_00001589