# EXHIBIT BB

| | |
|---|---|
| **From:** | Sean <sean@shopunder.com> |
| **Sent:** | Tuesday, December 8, 2015 9:00 PM |
| **To:** | Carine Karam <carine.karam@therealreal.com> |
| **Subject:** | Re: Authenticity Concerns (TRR) |

Call me now
I am fuckin really pissed off now

Sent from my iPhone

On Dec 8, 2015, at 3:54 PM, Carine Karam <carine.karam@therealreal.com> wrote:

> HI Sean,
>
> We have questions regarding the authenticity of the items sent in so we will not be returning the products until we can determine if they are authentic or not.
>
> I cannot speak until further notice.
>
> Thank you
>
> Carine Karam
> Managing Director
> Business Channel
> carine.karam@therealreal.com
> 646-639-8813
> 29 W 36th St, 9th Floor
> New York, 10018
>
> The RealReal


EXHIBIT 547

TRR-ZAI_00001585