# EXHIBIT CC

**From:** Sean <sean@shopunder.com>
**Sent:** Wednesday, December 09, 2015 9:22 PM
**To:** mike.alvarado@realreal.com
**Subject:** Re: Closing account and returning all goods



EXHIBIT 535

Hi mike
I am very pissed off !! Where are my belongings ? Are you guys thieves or frauds?
If no one reaches out by tomorrow I will be forced to react .. Believe me I am no sucker

Sent from my iPhone

> On Dec 9, 2015, at 4:51 PM, Sean <sean@shopunder.com> wrote:
>
> Hi mike
> No one has reached out to me
> Please have some do so ASAP
> Thank you
>
> Sent from my iPhone
>
>> On Dec 8, 2015, at 8:23 PM, Sean <sean@shopunder.com> wrote:
>>
>> Hi Mike
>> Thanks for the call
>> Just to recap all if what has transpired and what needs to be done.
>> We have a long relationship with Carine Caram from her prior job and
always worked well with her with no problems.
>> We have been discussing now for a while to start working with
>> handbags as
we do with other companies. We never send our products anywhere like to you but did so as per carnies request as is your policy. We trusted her so we went for it. We where told goods would be checked for authenticity and if they pass pictured and put on your website to be sold. First batch was sent to New Jersey on our expense via our FedEx account. It was received checked and pictured and listed. 2 shipment was requested and considering all was going well we negotiated payment every 14 days. We were asked to ship the second shipment which contained 3 boxes to SF so we shipped out on our FedEx account. There we where told it would be inspected by your number 1 authenticator .. Ok we followed all requests. We where told that Chanel bags had a question due to the Dust bags but the bags themselves looked good. The other Givenchy bags looked good. But apparently the other 2 boxes from this shipment where rerouted by your

company to New Jersey. Now we must wait until it gets to there only for it to come back to SF. A major waste of time during this holiday season. On Thursday I was asked by Carine to ship out another shipment which we have been discussing on and off. I asked should we not wait for your company to ok everything and she replied it's not necessary as everything looks good and there shouldn't be any issues. We shipped out last Friday on our FedEx account as requested 3 boxes again with over 60 items to NJ all goods arrived Monday. Yesterday I started getting a lite impatient with all the stall tactics and had given Wednesday end of day to finalize all the authentic checks needed in order to proceed. This morning i asked for 4 Chanel boy bags back that have been checked and ok by your authenticator. We sent a return label and where told no problem they would be shipped back. Later on we received an email stating nothing is moving until further notice.

Zee_0592

\>\>
\>\> Well as you might understand that this whole situation has infuriated me.
\>\> I am now no longer interested in doing any sort of business with your
company. I am owed over $40k and want to be payed immediately .. I also want to be compensated for all of my shipping costs I incurred and was assured I would be. Also pricing was off in the beginning and want what was agreed upon. We have 3 different shipments that where sent. I am requesting all goods that belong to my company and where sent to you on consignment be returned immediately. I will also hold your company liable for all losses of sales during this Christmas season or peak season. I would like to end this horrible ordeal amicably. But rest assure no one will hijack my property or funds with out repercussions. I will hire a lawyer and considering my brother has a huge law firm of his own shouldn't be too difficult. Most importantly I will definitely be going to the press and sharing my experience with your company and believe me when I am done I don't think to many people will feel safe in trusting your company. I am not looking for all of these recourses only for what is rightfully mine and all money owed to me.
\>\> Please return all my goods ASAP and all funds owed to me Thank you
\>\> for a speedy resolution Sean Erez
\>\>
\>\> Sent from my iPhone

2