# EXHIBIT FF

# DOCUMENT FILED UNDER SEAL