# EXHIBIT GG

| | |
|---|---|
| **From:** | Zeeapparelonline <zeeapparelonline@gmail.com> |
| **Sent:** | Tuesday, December 8, 2015 12:03 AM |
| **To:** | Carine Karam <carine.karam@therealreal.com> |
| **Subject:** | Re: New goods |

Ok thank you ..
Regardless of that where are the 4 Chanel boys we originally sent you ? New Jersey or San Fran ? I would like to have them shipped back .. I desperately need them

Sent from my iPhone

On Dec 7, 2015, at 6:58 PM, Carine Karam <carine.karam@therealreal.com> wrote:

> Yes. I advised them that Wed is the last day before sending everything back.
>
> Carine Karam
> Managing Director
> Business Channel
> carine.karam@therealreal.com
> 646-639-8813
> 29 W 36th St, 9th Floor
> New York, 10018
>
> The RealReal
>
> On Mon, Dec 7, 2015 at 6:47 PM, Zeeapparelonline <zeeapparelonline@gmail.com> wrote:
>> This is truly disappointing
>> But I need to set a date for this to be resolved so if things don't go our way at least I can recover before Christmas ..
>> Wednesday by end of day ..
>> Hope you understand
>>
>> Sent from my iPhone
>>
>> On Dec 7, 2015, at 6:42 PM, Carine Karam <carine.karam@therealreal.com> wrote:
>>
>>> HI Sean,
>>>
>>> The Gievnchy and the Boybags are on hold until we can clear everything.
>>> They had a concern with the Boybags as I mentioned to you last week.
>>>
>>> I will keep you posted.
>>>
>>> Thank you for your patience
>>>
>>> Carine Karam
>>> Managing Director
>>> Business Channel
>>> carine.karam@therealreal.com
>>> 646-639-8813



EXHIBIT 534

29 W 36th St, 9th Floor
New York, 10018

The
RealReal

On Mon, Dec 7, 2015 at 5:47 PM, Zeeapparelonline
<zeeapparelonline@gmail.com> wrote:

> All the new goods are arriving tomorrow to New Jersey .. What about them ??
>
> Why are the Givenchy and 4 boys still don't understand why those aren't up ..
>
> Goods back and forth
> There is a tracking number so we should know exactly when the goods will arrive in sf for examination ... Please check and let me know ...
>
>
> Sent from my iPhone

TRR-ZAI_00001553