# EXHIBIT HH

# DOCUMENT FILED UNDER SEAL