# EXHIBIT II
# DOCUMENT FILED UNDER SEAL