# EXHIBIT JJ

# DOCUMENT FILED UNDER SEAL