# EXHIBIT KK

From: Sean <sean@shopunder.com>
Sent: Tuesday, November 10, 2015 9:46 PM
To: Carine Karam Vente Privee <carine.karam@therealreal.com>
Subject: Fwd: Givenchy_Blk

$1500 us

Sent from my iPhone

Begin forwarded message:

> From: Vitor <vitor@shopunder.com>
> Date: November 10, 2015 at 4:25:49 PM GMT-5
> To: Sean <sean@shopunder.com>
> Subject: Givenchy_Blk





EXHIBIT
517





TRR-ZAI_00000917



TRR-ZAI_00000918



Thanks,
**Vitor Ferreira** • Photographer
+1 438 384 1119 ext. 229 • www.SHOPUNDER.com
111 Rue Chabanel O #304, Mtl, QC, H2N 1C8 Canada

