# EXHIBIT LL

PAGE 1 OF 1

Zee_0528

# The RealReal
AUTHENTICATED LUXURY CONSIGNMENT

## CONSIGNMENT SALES FOR
## MARCH 2015

Total due: $91.40

Consignor: Shop Under [ID#63008]

| ITEM SOLD | VENDOR SKU | SKU | PRICE | DATE | COMMISSION | |
|---|---|---|---|---|---|---|
| | | | | | RATE | PAYMENT |
| Michael Kors Sunglasses | MKS144 | MIC25327 | $76.00 | 2015-03-31 | 70% | 53.20 |
| Michael Kors Serena Sunglasses | MKS827 SERENA | MIC25336 | $76.00 | 2015-03-31 | 70% | 53.20 |

Return: -$15.00
Total due: $91.40

Questions? Visit our www.therealreal.com/FAQ or call 855-435-5893 x3.
Want your payments faster? Sign up for direct deposit at www.therealreal.com/gopaperless.

Authenticated Luxury Consignment | www.TheRealReal.com
1980 Oakdale Ave San Francisco, CA 94124



EXHIBIT 511



PAGE 1 OF 2

Zee_0529

## CONSIGNMENT SALES FOR
## APRIL 2015

Total due: $640.50

Consignor: Shop Under [ID#63008]

| ITEM SOLD | VENDOR SKU | SKU | PRICE | DATE | COMMISSION RATE | PAYMENT |
|---|---|---|---|---|---|---|
| Michael Kors Sabrina Sunglasses | MKS827 SERENA | MIC25337 | $76.00 | 2015-04-03 | 70% | 53.20 |
| Michael Kors Eyeglasses w/ Tags | MK871 | MIC25494 | $76.00 | 2015-04-06 | 70% | 53.20 |
| Michael Kors Eyeglasses w/ Tags | MK871 | MIC25490 | $60.00 | 2015-04-06 | 70% | 42.00 |
| Michael Kors Sabrina Sunglasses | M2903S SABRINA | MIC25318 | $76.00 | 2015-04-07 | 70% | 53.20 |
| Michael Kors Sunglasses | MKS523 | MIC25344 | $76.00 | 2015-04-09 | 70% | 53.20 |
| Michael Kors Sunglasses | M3641S | MIC25351 | $95.00 | 2015-04-18 | 70% | 66.50 |
| Michael Kors Eyeglasses w/ Tags | MK871 | MIC25487 | $76.00 | 2015-04-22 | 70% | 53.20 |
| Michael Kors Scarlet Sunglasses | MKS853 SCARLET | MIC25340 | $76.00 | 2015-04-28 | 70% | 53.20 |
| Michael Kors Serena Sunglasses | MKS827 SERENA | MIC25362 | $76.00 | 2015-04-27 | 70% | 53.20 |

PAGE 2 OF 2

Zee_0530

| ITEM SOLD | VENDOR SKU | SKU | PRICE | DATE | COMMISSION | |
|---|---|---|---|---|---|---|
| Michael Kors Serena Sunglasses | MKS827 SERENA | MIC25335 | $76.00 | 2015-04-28 | 70% | 53.20 |
| Michael Kors Sunglasses | MKS523 | MIC25343 | $76.00 | 2015-04-29 | 70% | 53.20 |
| Michael Kors Sunglasses | MKS144 | MIC25330 | $76.00 | 2015-04-30 | 70% | 53.20 |
| | | | | | Total due: | $640.50 |

Check By Mail:   $640.50

Questions? Visit our www.therealreal.com/FAQ or call 855-435-5893 x3.
Want your payments faster? Sign up for direct deposit at www.therealreal.com/gopaperless.

Authenticated Luxury Consignment | www.TheRealReal.com
1960 Oakdale Ave San Francisco, CA 94124



PAGE 1 OF 2

Zee_0531

## CONSIGNMENT SALES FOR
## MAY 2015

Total due: $622.90

Consignor: Shop Under (ID#63008)

| ITEM SOLD | VENDOR SKU | SKU | PRICE | DATE | COMMISSION RATE | PAYMENT |
|---|---|---|---|---|---|---|
| Michael Kors Eyeglasses w/ Tags | MK871 | MIC25506 | $76.00 | 2015-05-04 | 70% | 53.20 |
| Michael Kors Eyeglasses w/ Tags | MK829M | MIC25502 | $95.00 | 2015-05-05 | 70% | 66.50 |
| Michael Kors Sabrina Sunglasses | M2903S SABRINA | MIC25317 | $95.00 | 2015-05-07 | | 75.00 |
| Michael Kors Sunglasses | MKS853 SCARLET | MIC25338 | $76.00 | 2015-05-08 | | 75.00 |
| Michael Kors Sunglasses | MKS144 | MIC25324 | $145.00 | 2015-05-10 | | 75.00 |
| Michael Kors Sunglasses | MKS523 | MIC25355 | $95.00 | 2015-05-13 | | 75.00 |
| Michael Kors Sabrina Sunglasses | M2903S SABRINA | MIC25329 | $76.00 | 2015-05-21 | | 75.00 |
| Michael Kors Sunglasses | MKS144 | MIC25326 | $116.00 | 2015-05-21 | | 75.00 |
| Michael Kors Eyeglasses w/ Tags | MK871 | MIC25491 | $76.00 | 2015-05-27 | 70% | 53.20 |

Total due: $622.90



PAGE 1 OF 1

Zee_0532

## CONSIGNMENT SALES FOR
## JUNE 2015

Total due: $324.75

Consignor: Shop Under [ID#63008]

| ITEM SOLD | VENDOR SKU | SKU | PRICE | DATE | COMMISSION | |
|---|---|---|---|---|---|---|
| | | | | | RATE | PAYMENT |
| Michael Kors Eyeglasses w/ Tags | MK866 | MIC25495 | $66.50 | 2015-06-13 | 70% | 46.55 |
| Michael Kors Scarlet Sunglasses | M2903S SABRINA | MIC25339 | $76.00 | 2015-06-12 | | 75.00 |
| Michael Kors Eyeglasses w/ Tags | MK871 | MIC25499 | $76.00 | 2015-06-19 | 70% | 53.20 |
| Michael Kors Sabrina Sunglasses | M2903S SABRINA | MIC25313 | $76.00 | 2015-06-23 | | 75.00 |
| Michael Kors Serena Sunglasses | MKS827 SERENA | MIC25361 | $95.00 | 2015-06-28 | | 75.00 |

Total due: $324.75

Questions? Visit our www.therealreal.com/FAQ or call 855-435-5893 x3.
Want your payments faster? Sign up for direct deposit at www.therealreal.com/gopaperless.

Authenticated Luxury Consignment | www.TheRealReal.com
1980 Oakdale Ave San Francisco, CA 94124



PAGE 1 OF 1

Zee_0533

## CONSIGNMENT SALES FOR
## JULY 2015

Total due: $291.50

Consignor: Shop Under [ID#63008]

| ITEM SOLD | VENDOR SKU | SKU | PRICE | DATE | COMMISSION RATE | PAYMENT |
|---|---|---|---|---|---|---|
| Michael Kors Eyeglasses w/ Tags | MK871 | MIC25498 | $95.00 | 2015-06-06 | 70% | 66.50 |
| Michael Kors Sabrina Sunglasses | M2903S SABRINA | MIC25319 | $95.00 | 2015-07-01 | | 75.00 |
| Michael Kors Scarlet Sunglasses | MKS853 SCARLET | MIC25341 | $76.00 | 2015-07-08 | | 75.00 |
| Michael Kors Sunglasses | M3641S | MIC25348 | $76.00 | 2015-07-07 | | 75.00 |
| | | | | | Total due: | $291.50 |

Questions? Visit our www.therealreal.com/FAQ or call 855-435-5893 x3.
Want your payments faster? Sign up for direct deposit at www.therealreal.com/gopaperless.

Authenticated Luxury Consignment | www.TheRealReal.com
1980 Oakdale Ave San Francisco, CA 94124



PAGE 1 OF 1

## CONSIGNMENT SALES FOR
## AUGUST 2015

Total due:     $300.00

Consignor: Shop Under [ID#63008]

| ITEM SOLD | VENDOR SKU | SKU | PRICE | DATE | COMMISSION RATE | PAYMENT |
|---|---|---|---|---|---|---|
| Michael Kors Scarlet Sunglasses | MKS053 SCARLET | MIC25314 | $76.00 | 2015-08-01 | | 75.00 |
| Michael Kors Sunglasses | M3641S | MIC25350 | $95.00 | 2015-08-21 | | 75.00 |
| Michael Kors Sunglasses | MKS523 | MIC25342 | $95.00 | 2015-08-22 | | 75.00 |
| Michael Kors Sabrina Sunglasses | M2903S SABRINA | MIC25320 | $76.00 | 2015-08-25 | | 75.00 |
| | | | | | Total due: | $300.00 |

Questions? Visit our www.therealreal.com/FAQ or call 855-435-5893 x3.
Want your payments faster? Sign up for direct deposit at www.therealreal.com/gopaperless.

Authenticated Luxury Consignment | www.TheRealReal.com
1960 Oakdale Ave San Francisco, CA 94124

Zee_0534



Zee_0535

## CONSIGNMENT SALES FOR
## SEPTEMBER 2015

Total due:   $1,000.85

Consignor: Shop Under [ID#63008]

| ITEM SOLD | VENDOR SKU | SKU | PRICE | DATE | COMMISSION RATE | PAYMENT |
|---|---|---|---|---|---|---|
| Michael Kors Eyeglasses w/ Tags | MK829M | MIC25503 | $95.00 | 2015-09-02 | 70% | 66.50 |
| Michael Kors Sunglasses | mks523 | MIC25352 | $71.25 | 2015-09-08 | | 75.00 |
| Michael Kors Eyeglasses w/ Tags | MK871 | MIC25492 | $57.00 | 2015-09-22 | 70% | 39.90 |
| Michael Kors Eyeglasses w/ Tags | MK829M | MIC25507 | $47.50 | 2015-09-25 | 70% | 33.25 |
| Michael Kors Scarlet Sunglasses | MKS853 SCARLET | MIC25333 | $47.50 | 2015-09-23 | | 75.00 |
| Michael Kors Serena Sunglasses | MKS827 SERENA | MIC25334 | $47.50 | 2015-09-23 | | 75.00 |
| Michael Kors Eyeglasses w/ Tags | MK871 | MIC25500 | $47.50 | 2015-09-24 | 70% | 33.25 |
| Michael Kors Eyeglasses w/ Tags | MK866 | MIC25505 | $47.50 | 2015-09-23 | 70% | 33.25 |
| Michael Kors Serena Sunglasses | MKS827 SERENA | MIC25360 | $47.50 | 2015-09-24 | | 75.00 |
| Michael Kors MKS523 | MKS523 | MIC25356 | $47.50 | 2015-09-24 | | 75.00 |

PAGE 2 OF 2

Zee_0536

| ITEM SOLD | VENDOR SKU | SKU | PRICE | DATE | COMMISSION | |
|---|---|---|---|---|---|---|
| Michael Kors Sunglasses | MKS523 | MIC25346 | $47.50 | 2015-09-24 | | 75.00 |
| Michael Kors Eyeglasses w/ Tags | MK866 | MIC25497 | $47.50 | 2015-09-28 | 70% | 33.25 |
| Michael Kors Sunglasses | M2903S SABRINA | MIC25353 | $47.50 | 2015-09-25 | | 75.00 |
| Michael Kors Serena Sunglasses | MKS827 SERENA | MIC25359 | $47.50 | 2015-09-25 | | 75.00 |
| Michael Kors Eyeglasses w/ Tags | MK866 | MIC25508 | $47.50 | 2015-09-24 | 70% | 33.25 |
| Michael Kors Sunglasses | MKS853 SCARLET | MIC25345 | $47.50 | 2015-09-23 | | 75.00 |
| Michael Kors Eyeglasses w/ Tags | MK868 | MIC25498 | $76.00 | 2015-09-30 | 70% | 53.20 |
| | | | | | Total due: | $1,000.85 |

Questions? Visit our www.therealreal.com/FAQ or call 855-435-5893 x3.
Want your payments faster? Sign up for direct deposit at www.therealreal.com/gopaperless.

Authenticated Luxury Consignment | www.TheRealReal.com
1960 Oakdale Ave San Francisco, CA 94124



PAGE 1 OF 1

Zee_0537

# CONSIGNMENT SALES FOR
# OCTOBER 2015

Total due:   $141.50

Consignor: Shop Under [ID#63008]

| ITEM SOLD | VENDOR SKU | SKU | PRICE | DATE | COMMISSION RATE | PAYMENT |
|---|---|---|---|---|---|---|
| Michael Kors Sabrina Sunglasses | M2903S SABRINA | MIC25322 | $95.00 | 2015-10-06 | | 75.00 |
| Michael Kors Eyeglasses w/ Tags | MK871 | MIC25489 | $95.00 | 2015-10-21 | 70% | 66.50 |
| | | | | | Total due: | $141.50 |

Questions? Visit our www.therealreal.com/FAQ or call 855-435-5893 x3.
Want your payments faster? Sign up for direct deposit at www.therealreal.com/gopaperless.

Authenticated Luxury Consignment | www.TheRealReal.com
1980 Oakdale Ave San Francisco, CA 94124

# The RealReal
AUTHENTICATED LUXURY CONSIGNMENT

## CONSIGNMENT SALES FOR
## NOVEMBER 2015

Total due: $16,877.50

Consignor: Shop Under [ID#63008]

| ITEM SOLD | VENDOR SKU | SKU | PRICE | DATE | COMMISSION RATE | PAYMENT |
|---|---|---|---|---|---|---|
| Gucci Soho Disco Crossbody Bag | 6523 | GUC60078 | $745.00 | 2015-11-12 | | 550.00 |
| Fendi Scarf Set w/ Tags | SCRF-FENDI-500-BLU | FEN32098 | $275.00 | 2015-11-13 | | 195.00 |
| Fendi Scarf Set w/ Tags | SCRF-FENDI-500-GRY | FEN32094 | $275.00 | 2015-11-13 | | 195.00 |
| Gucci Soho Disco Crossbody Bag | 5535 | GUC60084 | $745.00 | 2015-11-13 | | 550.00 |
| Fendi Scarf Set w/ Tags | SCRF-FENDI-500-GRY | FEN32095 | $275.00 | 2015-11-15 | 70% | 192.50 |
| Fendi Scarf Set w/ Tags | SCRF-FENDI-500-GRY | FEN32093 | $275.00 | 2015-11-16 | | 195.00 |
| Christian Dior So Real Sunglasses | AOOMD | CHR31551 | $495.00 | 2015-11-16 | | 375.00 |
| Fendi Scarf Set w/ Tags | SCRF-FENDI-100-BLU | FEN32099 | $275.00 | 2015-11-17 | | 195.00 |
| Céline Tie Tote | Celine Tie Tote Burgundy | CEL28334 | $2,775.00 | 2015-11-20 | | 2,000.00 |

Zee_0538

PAGE 2 OF 3

| ITEM SOLD | VENDOR SKU | SKU | PRICE | DATE | COMMISSION |
|---|---|---|---|---|---|
| Chanel Medium Boy Bag w/ Tags | | CHA73126 | $4,600.00 | 2015-11-21 | 3,800.00 |
| Givenchy Medium Antigona Bag w/ Tags | | GIV25147 | $1,825.00 | 2015-11-23 | 1,450.00 |
| Fendi Scarf Set w/ Tags | SCRF-FENDI-500-BLU | FEN32097 | $275.00 | 2015-11-23 | 195.00 |
| Fendi Scarf Set w/ Tags | SCRF-FENDI-500-BRN | FEN32092 | $275.00 | 2015-11-25 | 195.00 |
| Fendi Scarf Set w/ Tags | SCRF-FENDI-100-BRN | FEN32088 | $204.00 | 2015-11-28 | 195.00 |
| Gucci Soho Disco Crossbody Bag | 5535 | GUC60083 | $745.00 | 2015-11-29 | 550.00 |
| Gucci Soho Disco Crossbody Bag w/ Tags | Gucci Disco Red | GUC62144 | $745.00 | 2015-11-28 | 550.00 |
| Gucci Soho Disco Bag | Gucci Disco Black | GUC62354 | $596.00 | 2015-11-29 | 550.00 |
| Gucci Soho Disco Bag | Gucci Disco Black | GUC62141 | $745.00 | 2015-11-29 | 550.00 |
| Fendi Scarf Set w/ Tags | SCRF-FENDI-100-BLU | FEN32100 | $204.00 | 2015-11-30 | 195.00 |
| Gucci Soho Disco Crossbody Bag w/ Tags | Gucci Disco Red | GUC62146 | $745.00 | 2015-11-30 | 550.00 |
| Gucci Disco Bag | Gucci Disco Black | GUC62155 | $745.00 | 2015-11-29 | 550.00 |
| Gucci Disco Bag | Gucci Disco Black | GUC62156 | $745.00 | 2015-11-30 | 550.00 |
| Christian Dior So Real Sunglasses | AOOMD | CHR31554 | $364.00 | 2015-11-30 | 355.00 |
| Gucci Soho Disco Bag | Gucci Disco Red | GUC62359 | $596.00 | 2015-11-30 | 550.00 |
| Fendi Scarf Set w/ Tags | SCRF-FENDI-500-BRN | FEN32087 | $204.00 | 2015-11-30 | 195.00 |

Zee_0539

PAGE 3 OF 3

| ITEM SOLD | VENDOR SKU | SKU | PRICE | DATE | COMMISSION |
|---|---|---|---|---|---|
| Gucci Soho Disco Bag | Gucci Disco Black | GUC62495 | $745.00 | 2015-11-30 | 550.00 |
| Gucci Soho Tote | Gucci Soho Mustard | GUC62168 | $1,125.00 | 2015-11-30 | 900.00 |
| | | | | Total due: | $16,877.50 |

Questions? Visit our www.therealreal.com/FAQ or call 855-435-5893 x3.
Want your payments faster? Sign up for direct deposit at www.therealreal.com/gopaperless.

Authenticated Luxury Consignment | www.TheRealReal.com
1980 Oakdale Ave San Francisco, CA 94124

Zee_0540