Michael J. Bettinger, SBN 122196
mbettinger@sidley.com
Ezekiel L. Rauscher, SBN 269141
erauscher@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: +1 415 772-1200;
Facsimile: +1 415 772-7400

Attorneys for THE REALREAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZEE APPAREL INC. d/b/a SHOP UNDER, a corporation incorporated under the laws of the Province of Quebec, Canada<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>THE REALREAL, INC., a Delaware corporation,<br><br>Defendant/Counterclaimant. | Case No. 3:16-cv-00755-HSG<br><br>**DECLARATION OF GRAHAM WETZBARGER IN SUPPPORT OF THE REALREAL, INC.'S MOTION FOR SUMMARY JUDGMENT** |

I, Graham Wetzbarger, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I joined The RealReal in January 2013 as Senior Director of Authentication and Brand Compliance and have held that position ever since. I am responsible for overseeing the authentication process of goods consigned through The RealReal's fashion department, which include: ready to wear, handbags, leather goods, small leather goods, accessories, shoes, and other fashion articles. To stay abreast of current counterfeiting trends in the marketplace, I often collaborate with rights holders and other authentication authorities such as the International AntiCounterfeiting Coalition. Some examples of my daily responsibilities at The RealReal include training employees in The RealReal's authentication department, coordinating and supervising their work, and independently evaluating luxury items for authenticity. I also train employees in The RealReal's other departments such as receiving, copyrighting, and photography to conduct less rigorous authenticity evaluations than those performed by the authentication department.

2. Before joining The RealReal, I worked at Bag Borrow or Steal, a luxury goods rental service, where my last title was Head of Authentication and Appraisals. Prior to that I held another position at Bag Borrow or Steal where I was responsible for authenticating luxury goods, and prior to to that I held other positions where I became familiar with the pricing, style names, and product names of luxury goods.

3. My relevant education includes classes at The Art Institute; courses at the Pratt Institute in Brooklyn where I received a BFA in fashion design with a minor in art history and graduated on the Dean's list as a presidential merit scholar; and fashion law courses at Fordham Law School. I also received an accreditation through the Gemological Institute of America related to fine jewelry. There is no similarly reputable accreditation that relates to luxury fashion articles because this is an emerging field. I have given numerous interviews and contributed to written articles on authentication of luxury fashion goods.

4. For over a decade I have inspected hundreds of thousands of luxury items and learned about how they are constructed, the materials they are constructed from, how they should function, and how their components and signature brand markings should appear. Through my experience

1

1 and training I have gained an encyclopedic knowledge of these and other identifying characteristics of luxury fashion goods.

5. On or about December 1, 2016, I inspected but was unable to confirm the authenticity of four Chanel Boy handbags consigned by Zee Apparel. I therefore informed Carine Karam that I would feel more comfortable accepting the items if Zee Apparel could provide documentation showing where they were obtained, and that The RealReal would not accept the Chanel items without further evidence of their autheticity.

6. After inspecting the Chanel items, I requested that other goods that had been consigned by Zee Apparel be sent to me so that I could personally inspect them. During my inspection of these other goods on or about December 7, 2015, I saw several inconsistencies that made me believe that the goods were counterfeit.

7. Because Zee Apparel had recently attempted to consign a large number of items, and because of the high level of sophistication of the counterfeits, I suspected that Zee Apparel and Mr. Erez were intentionally trafficking counterfeit goods. I therefore informed others at The RealReal about my findings and requested to inspect a larger sample of Zee Apparel's goods. I also reached out to my contacts at the International AntiCounterfeiting Coalition to gather more information that could assist me in determining whether the goods were authentic.

8. On or about December 8, 2015, after the International AntiCounterfeiting Coalition provided me the contact information for the appropriate individuals at Louis Vuitton, I caused certain goods consigned by Zee Apparel, including a Celine Tie Tote, to be shipped to Louis Vuitton to be evaluated for authenticity. Those goods, including the Celine Tie Tote, were later returned to The RealReal. On September 19, 2016, I caused the following goods consigned by Zee Apparel to be shipped to John Maltbie at Louis Vuitton (a) the same Celine Tie Tote that Mr. Maltbie originally inspected; (b) four near-identical Celine Tie Totes; and (c) twenty Louis Vuitton scarves.

9. On or about December 15, 2015, I became aware of internet news articles stating that Sean Erez was a "ruthless drug kingpin" who "built an empire in which more than 750,000 pills were smuggled in[to the United States] from illegal factories in Holland by Orthodox, plain-dressing Jews." The news stories stated that, although he was sentenced for 15 years in U.S. prison, Mr. Erez

was paroled in Canada where he was again charged with trafficking cocaine.

10. Since December 2015, I have personally inspected all of the 100 items listed in The RealReal's Second Supplemental Response to Interrogatory No. 2 and determined that every one of those items is counterfeit. I also personally inspected all of the items listed in The RealReal's First Supplemental Response to Interrogatory No. 3 and was not able to definitively determine that they are counterfeit. My understanding is that the items listed in The RealReal's First Supplemental Response to Interrogatory No. 3 were therefore returned to Zee Apparel.

11. My conclusions about the authenticity of the foregoing items follow a pattern: for each group of items that are of the same model, I either determined that every item in the group was counterfeit, or was unable to determine that any item in the group was counterfeit. For example, I determined that all of the Louis Vuitton monogrammed scarves were counterfeit, and I was unable to determine that any of the Fendi scarf sets were counterfeit.

12. I determined that the 100 items listed in The RealReal's Second Supplemental Response to Interrogatory No. 2 were counterfeit using the same basic principles and methods that I use on a daily basis in my role as a professional authentication expert at The RealReal. Specifically, I examined the materials, construction, hardware, and brand specific identifiers on each of the items and compared them to similar goods that I know to be authentic, to my knowledge about and recollection of goods that I know to be authentic, to information provided by the rights holders or other authentication authorities such as the International AntiCounterfeiting Coalition, or to some combination of the above.

13. My determination that the Celine Tie Totes listed in The RealReal's Second Supplemental Response to Interrogatory No. 2 are counterfeit was also confirmed by Louis Vuitton in the form of a declaration signed by John Maltbie on February 10, 2016.

Dated:  December 8, 2016



Graham Wetzbarger

3