Michael J. Bettinger, SBN 122196
mbettinger@sidley.com
Ezekiel L. Rauscher, SBN 269141
erauscher@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: +1 415 772-1200;
Facsimile: +1 415 772-7400

Attorneys for THE REALREAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZEE APPAREL INC. d/b/a SHOP UNDER, a corporation incorporated under the laws of the Province of Quebec, Canada | Case No. 3:16-cv-00755-HSG |
| Plaintiff/Counterdefendant, | **[PROPOSED] ORDER GRANTING THE REALREAL, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| THE REALREAL, INC., a Delaware corporation, | |
| Defendant/Counterclaimant. | |

Having considered The RealReal Inc.'s Motion for Summary Judgment ("Motion"), the Declaration of Ezekiel Rauscher in Support of the Motion ("Rauscher Declaration") and the Exhibits thereto, the Declaration of Graham Wetzbarger in Support of the Motion ("Wetzbarger Declaration") and all other papers filed in support of the Motion, IT IS HEREBY ORDERED THAT:

The RealReal, Inc.'s Motion for Summary Judgment is GRANTED.

Judgment is entered on behalf of The RealReal and against Zee Apparel on all of Zee Apparel's claims asserted in Zee Apparel's Complaint filed as ECF No. 1, and Zee Apparel shall take nothing on any of its claims.

Judgment is entered on behalf of The RealReal and against Zee Apparel on Count I (for breach of contract) and Count III (for declaratory relief) of The RealReal's counterclaims asserted in The RealReal's Answer and Counterclaims filed as ECF No. 20.  Zee Apparel materially breached the agreement attached to Zee Apparel's Complaint as Exhibit A by providing 100 counterfeit items to The RealReal for consignment.  The Court declares as a matter of law that the 100 items consigned by Zee Apparel that The RealReal retained are counterfeit, and that The RealReal need not return them to Zee Apparel but instead may either destroy them or provide them to the federal brand owners.

**IT IS SO ORDERED.**

Dated:

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge