Hal M. Lucas *(Admitted pro hac vice)*
hlucas@lucassavitz.com
LUCAS SAVITZ P.L.
169 East Flagler Street, Suite 1534
Miami, Florida 33131
Telephone: (305) 767-1450; Facsimile: (305) 767-1453
-and-
Michael A. Trauben, SBN 277557
mtrauben@singhtraubenlaw.com
SINGH, SINGH & TRAUBEN, LLP
400 S. Beverly Drive, Suite 240
Beverly Hills, California 90212
Telephone: (310) 856-9705; Facsimile: (888) 734-3555
Attorneys for ZEE APPAREL INC. d/b/a SHOP UNDER

Michael J. Bettinger, SBN 122196
mbettinger@sidley.com
Ezekiel L. Rauscher, SBN 269141
erauscher@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: +1 415 772-1200; Facsimile: +1 415 772-7400
Attorneys for THE REALREAL, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ZEE APPAREL INC. d/b/a SHOP UNDER, a corporation incorporated under the laws of the Province of Quebec, Canada<br><br>Plaintiff/Counterdefendant<br>v.<br><br>THE REALREAL, INC., a Delaware corporation,<br><br>Defendant/Counterclaimant | Case No. 3:16-cv-00755-HSG<br><br>**STIPULATION AND ORDER** |

1

STIPULATION AND [PROPOSED] ORDER
CASE NO.  3:16-CV-00755-HSG

**STIPULATION**

Plaintiff/Counterdefendant Zee Apparel Inc. d/b/a Shop Under ("Zee Apparel") and Defendant/Counterclaimant The RealReal, Inc. ("The RealReal") (together, the "Parties"), having met, conferred, and agreed to resolve their dispute upon execution of a separate Settlement Agreement and Release, as a term of such settlement respectfully stipulate to the following by and through their counsel of record:

1. On or about February 12, 2016, Zee Apparel filed a Complaint in the above-entitled action against The RealReal demanding, among other things, the return of goods consigned to The RealReal. Zee Apparel's Complaint asserted claims for breach of contract and conversion.
2. On March 14, 2016, The RealReal filed an Answer and Counterclaims, refusing to return the goods and asserting counterclaims for breach of contract, breach of the implied covenant of good faith and fair dealing, and declaratory relief under 28 U.S.C. § 2201.
3. On or about January 6, 2017, the Parties entered into a separate Settlement Agreement and Release to resolve this Action.

Pursuant to the Parties' Settlement Agreement and Release, the Parties stipulate to entry of a judgment in favor of The RealReal on Zee Apparel's claims, an order that Zee Apparel shall take nothing by this action, and an order that all remaining counterclaims are dismissed, with prejudice.

Dated:  January 9, 2017                              Respectfully submitted,

By:   */s/ Hal M. Lucas*
    Hal M. Lucas
    LUCAS SAVITZ P.L.

    Michael A. Trauben
    SINGH, SINGH & TRAUBEN, LLP
    Attorneys for ZEE APPAREL INC. d/b/a SHOP UNDER

By:   */s/ Michael J. Bettinger*
    Michael J. Bettinger
    Ezekiel L. Rauscher
    SIDLEY AUSTIN LLP
    Attorneys for THE REALREAL, INC.

# ORDER

THE COURT HEREBY ORDERS AS FOLLOWS:

1. Judgment is hereby entered in favor of The RealReal on Zee Apparel's claims, and Zee Apparel shall take nothing by this action.

2. All remaining counterclaims are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 1/11/2017

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated:  January 9, 2017            SIDLEY AUSTIN LLP

                                   By:     */s/ Michael J. Bettinger*
                                        Michael J. Bettinger
                                        mbettinger@sidley.com
                                        *Attorney for Defendant*
                                        *THE REALREAL, INC.*